**Order entered March 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01765-CV

**IN THE MATTER OF THE MARRIAGE OF JOHN L. ABBOTT AND MARY BETH ABBOTT AND IN THE INTEREST OF J.T.A., A CHILD**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-54435-2011**

## ORDER

Before the Court is court reporter Sheri J. Vecera's request for a thirty day extension of time to file the record, which will consist of eight hearings, a seven-day jury trial, and approximately 3,500 pages of exhibits. We **GRANT** the request and **ORDER** the record be filed no later than March 28, 2014.


/s/  CAROLYN WRIGHT
    CHIEF JUSTICE